723 A.2d 183

**Elizabeth J. LUCHINI, Petitioner,**

**v.**

**James Joseph AUGUST, and Pamela August
and Samuel E. Luchini, Respondents.**

Supreme Court of Pennsylvania.

Feb. 16, 1999.

## *ORDER*

PER CURIAM:

**AND NOW,** this 16th day of February 1999, the Petition for Allowance of Appeal is GRANTED, the order of the Superior Court is REVERSED, and this matter is REMANDED to the Superior Court for disposition consistent with this Court's decision in *Washington v. Baxter,* 719 A.2d 733 (Pa.1998).